**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-2273

BERTHA M. JOYCE; NANCY W. MANNS,

Plaintiffs - Appellants,

versus

FIELDCREST CANNON, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Jackson L. Kiser, Senior District Judge.  (CA-96-57-4)

Submitted:  November 9, 1999          Decided:  December 15, 1999

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bertha M. Joyce, Nancy W. Manns, Appellants Pro Se.  Julianna Cochran Theall, SMITH, HELMS, MULLISS & MOORE, L.L.P., Greensboro, North Carolina; James A.L. Daniel, DANIEL, VAUGHAN, MEDLEY & SMITHERMAN, P.C., Danville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bertha M. Joyce and Nancy W. Manns appeal the district court's order granting summary judgment to Fieldcrest Cannon, Incorporated, and dismissing their employment discrimination complaint. We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Joyce v. Fieldcrest Cannon, Inc., No. CA-96-57-4 (W.D. Va. Aug. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2